UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:26-cv-21639-KMM

RICKY LOTT, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

HEALTH GORILLA, INC.,

      Defendant.

_____/

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT HEALTH GORILLA, INC.**

Plaintiff Ricky Lott ("Plaintiff"), requests an order for the entry of default against Defendant Health Gorilla, Inc. ("Defendant") pursuant to Rule 55 of the Federal Rules of Civil Procedure.

Plaintiff filed his Class Action Complaint (the "Complaint") on March 12, 2026, asserting claims against Defendant including Negligence, Invasion of Privacy (Public Disclosure of Private Facts), and Unjust Enrichment due to a Data Breach impacting Plaintiff's sensitive personal information. Dkt. 1. Plaintiff served Defendant with the Summons and Complaint on March 18, 2026. Dkt. 11. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's response to the Complaint was due by April 9, 2026, but to date, Defendant has failed to appear and respond to the Complaint.

Rule 55(a) of the Federal Rules of Civil Procedure states that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Rule 55 sets forth a two-step process where, as here, the Complaint does not specify a sum certain: (1) move for entry of default; (2) move for default judgment where the damages are established.

Here, Plaintiff filed the affidavit of service on March 25, 2026 (Dkt. 11), showing that Defendant was served the Summons and Complaint, and Defendant has not filed an answer or otherwise responded to the Complaint on or before April 9, 2026, as required. As of the date of this filing, Defendant has failed to answer or otherwise respond to the Complaint. Therefore, entry of default is warranted.

Respectfully submitted,

By: /s/ Michael A. Smith, Jr.
     Michael A. Smith, Jr.
     Fla. Bar No. 1061760
     msmith@dannlaw.com
     DANNLAW
     15000 Madison Avenue
     Lakewood, Ohio 44107
     Tel: (216) 373-0539

     Thomas A. Zimmerman, Jr.
     (admitted *pro hac vice*)
     *tom@attorneyzim.com*
     ZIMMERMAN LAW OFFICES, P.C.
     7199 South Kingery Highway, #1148
     Willowbrook, Illinois 60527
     Tel: (312) 440-0020

     Marc E. Dann
     (admitted *pro hac vice*)
     notices@dannlaw.com
     DANNLAW
     15000 Madison Avenue
     Lakewood, Ohio 44107
     Tel: (216) 373-0539

Attorneys for Plaintiff and the putative Class

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was caused to be mailed via First Class U.S. Mail to the following on April 13, 2026:

Health Gorilla, Inc.
c/o Its Registered Agent
Telos Legal Corp.
155 Office Plaza Drive
Tallahassee, Florida 32301

(Registered agent for service of Defendant Health Gorilla, Inc.)

/s/ Michael A. Smith, Jr.
Michael A. Smith, Jr.
Fla. Bar No. 1061760

3