CASE NO. 1:26-CV-21639-KMM (MOORE)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-CV-21639-KMM (MOORE)

RICKY LOTT, individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

HEALTH GORILLA, INC.,

        Defendant.

_____ /

**DEMAND FOR JURY TRIAL**

**STIPULATION AND [PROPOSED] ORDER TO VACATE ENTRY OF
DEFAULT, CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM
CLASS COUNSEL, AND SCHEDULE CONSOLIDATED COMPLAINT AND
RESPONSE DEADLINES**

Pursuant to the Federal Rules of Civil Procedure and the Court's Local Rules, Plaintiff Ricky Lott and Defendant Health Gorilla, Inc. hereby jointly stipulate and respectfully request that the Court:  (1) set aside and vacate the entry of default (Dkt. 21); (2) grant Plaintiffs' Joint Motion to Consolidate Actions and Appoint Interim Class Counsel for Filing of Consolidated Complaint (Dkt. 15); and (3) enter the proposed schedule below for the filing of a consolidated complaint and Health Gorilla's response.

WHEREAS, Plaintiff Ricky Lott filed his complaint in this action on March 12, 2026. (Dkt. 1.)

WHEREAS, on March 25, 2026, Plaintiff filed a Return of Service stating that the complaint was served on Defendant's registered agent in Tallahassee, Florida on March 18, 2026. (Dkt. 11.)

WHEREAS, Defendant Health Gorilla was unaware that its registered agent had received

1

CASE NO. 1:26-CV-21639-KMM (MOORE)

a copy of the complaint.

WHEREAS, Holly Hughes filed a complaint on March 24, 2026, captioned *Hughes v. Health Gorilla, Inc.*, No. 26-cv-21952-KMW (S.D. Fla.).

WHEREAS, Plaintiffs Ricky Lott and Holly Hughes filed Plaintiffs' Joint Motion to Consolidate Actions and Appoint Interim Class Counsel for Filing of Consolidated Complaint on March 27, 2026.  (Dkt. 15.)

WHEREAS, Plaintiff Ricky Lott filed a Motion for Clerk's Entry of Default on April 13, 2026.  (Dkt. 17.)

WHEREAS, Defendant Health Gorilla retained Fenwick & West LLP in this matter on April 13, 2026.

WHEREAS, the Clerk entered Default on April 14, 2026.  (Dkt. 21.)

WHEREAS, Defendant Health Gorilla does not oppose the relief requested in the pending Plaintiffs' Joint Motion to Consolidate Actions and Appoint Interim Class Counsel for Filing of Consolidated Complaint.

WHEREAS, the parties have reached agreement concerning a schedule for filing of a Consolidated Complaint and Defendant's response.

WHEREAS, the parties agree there is good cause to set aside the Clerk's Default.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and among the parties, and the parties respectfully request that the Court enter the attached proposed order adopting the following:

1.      The Default should be set aside and vacated for good cause pursuant to Federal Rule of Civil Procedure 55(c).

2.      The Court should grant Plaintiffs' Joint Motion to Consolidate Actions and Appoint Interim Class Counsel for Filing of Consolidated Complaint, which is unopposed.

2

CASE NO. 1:26-CV-21639-KMM (MOORE)

3.      Plaintiffs will file a Consolidated Complaint within 30 days after the Court grants Plaintiffs' Joint Motion to Consolidate Actions and Appoint Interim Class Counsel for Filing of Consolidated Complaint.

4.      Defendant Health Gorilla will file its responsive pleading within 30 days after the filing of the Consolidated Complaint.

IT IS SO STIPULATED.

Dated:   April 17, 2026

Respectfully submitted,

By: /s/ Thomas A. Zimmerman, Jr.
Thomas A. Zimmerman, Jr.
(admitted *pro hac vice*)
Email: firm@attorneyzim.com
ZIMMERMAN LAW OFFICES, P.C.
7199 South Kingery Highway, #1148
Willowbrook, IL  60527
Telephone:     312.440.0020
Facsimile:      312.440.4180

**Attorneys for Plaintiff**
**Ricky Lott**

By: /s/ Daniel W. Ledesma
Daniel W. Ledesma, FL Bar No. 1038689
Email: dledesma@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, 18th Floor
New York, NY  10010-6035
Telephone:     212.430.2600
Facsimile:      650.938.5200

Jay Pomerantz, CSB No. 209869 (*pro hac vice* forthcoming)
Email: jpomerantz@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Gregory P. Adams, CSB No. 292391 (*pro hac vice* forthcoming)
Email: gadams@fenwick.com
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:     415.875.2300
Facsimile:      415.281.1350

**Attorneys for Defendant**
**HEALTH GORILLA, INC.**

3

CASE NO. 1:26-CV-21639-KMM (MOORE)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Daniel W. Ledesma
**Daniel W. Ledesma**

### SERVICE LIST: CASE NO. 1:26-cv-21639-KMM

Michael Andrew Smith, Jr.
msmith@dannlaw.com
Marc E. Dann
notices@dannlaw.com
DANN LAW
15000 Madison Avenue
Lakewood, OH  44107

Thomas A. Zimmerman, Jr.
firm@attorneyzim.com
ZIMMERMAN LAW OFFICES, P.C.
7199 South Kingery Highway, #1148
Willowbrook, IL  60527

Attorneys for Plaintiff RICKY LOTT