**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

RICKY LOTT, individually and on behalf of
all others similarly situated,

        Plaintiff,

    v.

HEALTH GORILLA, INC.,

        Defendant.

Case No.: 1:26-cv-21639-KMM

**PLAINTIFFS' STATUS REPORT REGARDING**
**ADDITIONAL RELATED CASES TO BE CONSOLIDATED**

Pursuant to the Court's Order entered April 20, 2026 (ECF No. 27), Plaintiffs Ricky Lott and

Holly Hughes submit this status report regarding additional actions pending in this District to be

consolidated into this lead *Lott* action.

The following actions arising out of the same Data Breach at issue in this action, *see* ECF No.

1, have recently been filed in this District against Defendant Health Gorilla, Inc. and other entities

that had patient data impacted by the Data Breach:

1. *Delis v. Health Gorilla Inc., et al.*, Case No. 1:26-cv-22178-RS ("*Delis*"), filed on

   March 30, 2026 (ECF No. 1);

2. *Hawkins, et al. v. Health Gorilla, Inc., et al.*, Case No. 1:26-cv-22328-KMM

   ("*Hawkins*"), filed on April 3, 2026 (ECF No. 1);

3. *Malenkovich v. Health Gorilla, Inc.*, Case No. 1:26-cv-22757-KMW

   ("*Malenkovich*"), filed on April 21, 2026 (ECF No. 1).

(collectively, "Related Actions"). [1]

---

[1] There are also the following actions arising out of the Data Breach pending in other federal district
courts against Defendant and/or other entities that had patient data impacted in the Data Breach: (1)

The Related Actions allege common issues of fact and law and seek relief on behalf of overlapping classes. Accordingly, to preserve party and judicial resources and prevent duplication of effort and the risk of inconsistent rulings, consolidation of these actions is appropriate. Each of the Related Actions arises from Defendant Health Gorilla, Inc.'s ("Defendant") alleged unlawful disclosure of highly sensitive personally identifiable information ("PII") and protected health information ("PHI") (collectively, "Private Information") that was subject to unauthorized access.

The Related Actions should be consolidated with the lead case because each has the same common questions of fact and law and focus on one factual event—the Data Breach—which occurred as a result of Defendant's alleged failure to protect Plaintiffs' and Class members' Private Information. *See, e.g., Lott* Complaint ¶¶ 1-11, *Delis* Complaint ¶¶ 1-20, *Hawkins* Complaint ¶¶ 1-11, and *Malenkovich* Complaint ¶¶ 1-10. Each action alleges the same factual contentions, *i.e.*, (i) Defendant knowingly violated its obligations to abide by industry standards in protecting patients' Private Information; (ii) these failures enabled an unauthorized third party access to the Private Information, putting Class members' Private Information at a serious and ongoing risk; and (iii) Defendant failed to disclose the full extent of the Data Breach and notify the affected and impacted individuals in a timely manner. These factual allegations are the gravamen of the lead case and each of the Related Actions; thus, numerous common questions of fact exist.

The legal claims asserted by the plaintiffs in the lead case and Related Actions are similar. For example, *Lott*, *Delis, Hawkins*, and *Malenkovich* each assert causes of action for negligence and unjust enrichment. Moreover, there are overlapping class definitions in the lead case and each of the

---

*Patterson v. The Rector & Visitors of the Univ. of Va., et al.*, No. 2:26-cv-1938 (C.D. Cal.), filed on February 23, 2026; (2) *Fox, et al. v. Epic Sys. Corp., et al.*, No. 3:26-cv-214 (W.D. Wis.), filed on March 13, 2026; (3) *Banh v. Epic Sys. Corp., et al.*, No. 3:26-216 (W.D. Wis.), filed on March 13, 2026; (4) *Jackson v. Trinity Health Corp., et al.*, No. 4:26-cv-10948 (E.D. Mich.), filed on April 20, 2026; and (5) *Pabon v. Trinity Health Corp., et al.*, No. 2:26-cv-10989 (E.D. Mich.), filed on April 24, 2026.

Related Actions, as each case seeks to certify a class consisting of all individuals whose Private Information was exposed in the Data Breach. *See Lott* Complaint ¶ 72, *Delis* Complaint ¶ 134, *Hawkins* Complaint ¶ 132, and *Malenkovich* Complaint ¶ 30. Lastly, the lead case and each Related Action names as a defendant Health Gorilla, Inc.

Accordingly, the *Delis*, *Hawkins*, and *Malenkovich* matters should be consolidated with the lead *Lott* matter.


Dated: April 27, 2026

Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow (FBN 121452)
**KOPELOWITZ OSTROW P.A.**
1 W. Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com

Mariya Weekes (FL Bar # 56299)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Telephone: 786-879-8200
mweekes@milberg.com

Thomas A. Zimmerman, Jr. (*pro hac vice*)
**ZIMMERMAN LAW OFFICES, P.C.**
7199 South Kingery Highway, #1148
Willowbrook, Illinois 60527
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com
Email: firm@attorneyzim.com

*Interim Class Counsel*

Marc E. Dann (*pro hac vice*)
**DANNLAW**
15000 Madison Ave.
Lakewood, OH 44107
Phone: (216) 373-0539
Facsimile: (216) 373-0536
Email: notices@dannlaw.com

3

Michael A. Smith, Jr.
Fla. Bar No. 1061760
**DANNLAW**
15000 Madison Ave. Lakewood, OH 44107
Phone: (216) 373-0539
Facsimile: (216) 373-0536
Email: msmith@dannlaw.com

*Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email via the

CM/ECF system on all counsel of record on April 27, 2026.

*/s/ Jeff Ostrow*
Jeff Ostrow

4