## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

AMY HAWKINS, et al.,

        Plaintiff,

  v.

HEALTH GORILLA, INC, et al.

        Defendants.

Case No.: 1:26-cv-21639-KMM [Consolidated]
Case No.: 1:26-cv-22328-KMM [Original]

**CLASS ACTION**

## PLAINTIFFS' NOTICE REGARDING CONSOLIDATION

Please take notice that Plaintiffs Amy Hawkins and Randall Brink, by and through their undersigned counsel, and pursuant to the Court's Order dated April 28, 2026 (Dkt. No. 13), which directed Plaintiffs to file a notice "indicating whether they object to joining in the forthcoming consolidated complaint" in this matter, hereby file this Notice stating Plaintiffs do not object to joining in the forthcoming consolidated complaint.

Dated: May 4, 2026

Respectfully submitted,

*/s/ Michael B. Homer*
Michael B. Homer (FL. Bar No. 1065251)
**DYNAMIS LLP**
1111 Brickell Ave., 10th Fl.
Miami, FL 33131
Tel.: 561-289-9016
mhomer@dynamisllp.com

2

Israel David (*pro hac vice forthcoming*)
Adam M. Harris (*pro hac vice forthcoming*)
**ISRAEL DAVID LLC**
60 Broad Street, Suite 2900
New York, New York 10004
Telephone: (212) 350-8850
israel.david@davidllc.com
adam.harris@davidllc.com

Mark A. Cianci (*pro hac vice forthcoming*)
**ISRAEL DAVID LLC**
399 Boylston Street, Floor 6, Suite 23
Boston, MA  02116
Telephone: (617) 295-7771
mark.cianci@davidllc.com

 *Attorneys for Plaintiffs and the Proposed Classes*