## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**JUDI DELIS**, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

**HEALTH GORILLA INC., et al.,**

      Defendants.

Case No.: 1:26-cv-21639-KMM [Consolidated]
Case No.: 1:26-cv-22178-KMM [Original]

## PLAINTIFF'S NOTICE REGARDING CONSOLIDATION

Pursuant to this Court's Order dated May 14, 2026 (ECF. No. 46), Plaintiff Judi Delis ("Plaintiff"), by and through her undersigned counsel, hereby gives notice that Plaintiff does not object to joining in the forthcoming consolidated complaint in Case No. 1:26-cv-21639-KMM.

Dated: May 19, 2026

Respectfully Submitted,

*/s/ Tonyia J. Johnson*
Tonyia J. Johnson (FBN #1058251)
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
tjohnson@shamisgentile.com

*Attorney for Plaintiff Judi Delis*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of May, 2026, a true and correct copy of the foregoing, has been electronically filed via the CM/ECF Portal, which will generate a notice of filing to all counsel of record.

*/s/ Tonyia J. Johnson*
Tonyia J. Johnson