**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| RICKY LOTT**,** HOLLY HUGHES, TATYANA MALENKOVICH, AMY HAWKINS, RANDALL BRINK, and JULIE DELIS, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br>  v.<br><br>HEALTH GORILLA, INC.,<br><br>   Defendant. | Case No.: 1:26-cv-21639-KMM |

## NOTICE OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE* BY PLAINTIFFS AMY HAWKINS AND JUDI DELIS AS TO CERTAIN DEFENDANTS

Plaintiff Amy Hawkins, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendants RavillaMed PLLC, Unique Medi Tech LLC d/b/a Mammoth DX, Mammoth Path Solution, LLC, Mammoth Rx, Inc., Unit 387 LLC, SelfRx, LLC, and Critical Care Nurse Consultants, LLC, *without prejudice*.

Plaintiff Judi Delis, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Trinity Health Corporation, *without prejudice*.

Both Plaintiffs will continue to pursue their putative class action claims against Defendant Health Gorilla, Inc. as reflected in the Consolidated Class Action Complaint. ECF No. 50.

Dated: May 21, 2026.

        Respectfully submitted,

        */s/ Jeff Ostrow*
        Jeff Ostrow FBN 121452
        **KOPELOWITZ OSTROW P.A.**
        One West Las Olas Blvd., Suite 500
        Fort Lauderdale, Florida 33301
        Telephone: (954) 323-4200
        ostrow@kolawyers.com

Mariya Weekes (FBN 56299)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

Thomas A. Zimmerman, Jr.
(admitted *pro hac vice*)
**Zimmerman Law Offices, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com
Email: firm@attorneyzim.com

*Interim Class Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2026, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

/s/ *Jeff Ostrow*_____
Jeff Ostrow

2