**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

RICKY LOTT, *et al.*, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HEALTH GORILLA, INC.,

Defendant.

Case No.: 1:26-cv-21639-KMM

**STATUS REPORT**

Plaintiffs and Defendant Health Gorilla, Inc. ("Defendant") hereby submit this Status Report pursuant to the Court's Paperless Order entered June 18, 2026 [ECF No. 59]. On August 7, 2026, the U.S. Joint Panel on Multidistrict Litigation centralized related litigation against Defendant in this Court, creating MDL No. 3193, and assigning it the Honorable K. Michael Moore ("Transfer Order"). *See* ECF No. 60. The above-captioned case is listed on Schedule A of the Transfer Order, *id.* at 6, making it a member case of MDL No. 3193. As such, it should be administratively re-opened, and the stay lifted.

When all the other member cases are transferred to this District and before this Court, the Court should schedule an Initial Management Conference pursuant to Federal Rule of Civil Procedure 16.1(a), and order the Parties to submit a report in advance of the conference pursuant to Rule 16.1(b).

Dated: August 17, 2026.

Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow (FBN 121452)
**KOPELOWITZ OSTROW P.A.**

*/s/ John Y. Benford*
John Y. Benford, Esquire
Florida Bar No. 51950

1 W. Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com

Mariya Weekes (FL Bar # 56299)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Telephone: 786-879-8200
mweekes@milberg.com

Thomas A. Zimmerman, Jr. (*pro hac vice*)
**ZIMMERMAN LAW OFFICES, P.C.**
7199 South Kingery Highway, #1148
Willowbrook, Illinois 60527
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com
Email: firm@attorneyzim.com

*Interim Class Counsel*

John.Benford@wilsonelser.com
Alyssa.Heitman@wilsonelser.com
Julia G. Young, Esquire
Florida Bar No. 94334
Julia.Young@wilsonelser.com
Heather.Sadusky@wilsonelser.com
**Wilson Elser Moskowitz Edelman & Dicker LLP**
111 North Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone: (407) 203-7599
Facsimile: (407) 648-1376

*Attorneys for Defendant, Health Gorilla, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2026, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

*/s/ Jeff Ostrow*________________
Jeff Ostrow